■ SHERRY ASSOCIATES et al., Appellants, v SHERRY-NETHERLAND, INC., Respondent, et al., Defendants. [657 NYS2d 549] —Order and judgment (one paper), Supreme Court, New

York County (Herman Cahn, J.), entered June 13, 1996, unanimously affirmed for the reasons stated by Cahn, J., with costs and disbursements. No opinion. Concur—Sullivan, J. P., Rosenberger, Wallach, Rubin and Tom, JJ.